**Michael J. FRISCHENMEYER,**
**Petitioner–Appellant,**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 05–10621.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2006.

Michael J. Frischenmeyer, Iowa Park, TX, for Petitioner–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Michael J. Frischenmeyer, Texas prisoner # 698940, moves for a certificate of appealability (COA) to appeal the denial of his 28 U.S.C. § 2254 petition. In that petition, Frischenmeyer challenged the Texas Parole Board's refusal to grant him release on parole. Frischenmeyer was released on mandatory supervision on May 9, 2006. Frischenmeyer's claims have been rendered moot by his release. *See Bailey v. Southerland,* 821 F.2d 277, 278–79 (5th Cir.1987). Therefore, IT IS ORDERED

---

that this appeal is DISMISSED AS MOOT. COA is DENIED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.